UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

**Rick Redman**

    v.                              Civil No. 07-cv-52-JL

**City of Manchester, et al.**

**O R D E R**

The defendant's Motion for Summary Judgment (doc. no. 8) is GRANTED IN PART.  As the plaintiff assents to summary judgment on Counts 1 and 2, summary judgment is granted in favor of the defendants on Counts 1 and 2.  As the defendants have not responded to the plaintiff's request that Count 3, alleging claims under state law, be deferred in favor of adjudication in state court, that request is granted as well.  The court declines to exercise supplemental jurisdiction over Count 3, and the complaint, comprised now of Count 3 only, is referred to the Superior Court for the Northern District of Hillsborough County.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated:    June 12, 2008

cc:  Lawrence A. Vogelman, Esq.
     Robert J. Meagher, Esq.